UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

H. DOE, D. DOE, C. DOE, :
H.A. DOE, R. DOE, and
R.T. DOE, :

     Plaintiffs : CIVIL ACTION NO. 3:19-879

     v. : (JUDGE MANNION)

CITY OF WILKES-BARRE and :
ROBERT COLLINS,
:
     Defendants
:

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The motion to dismiss plaintiffs' third amended complaint filed on behalf of the defendant City of Wilkes-Barre **(Doc. 78)** is **GRANTED IN PART AND DENIED IN PART**.

**(2)** The motion is **GRANTED** to the extent that all claims brought on behalf of plaintiffs H. Doe, C. Doe, H.A. Doe, and R. Doe are **DISMISSED** as being barred by the applicable statute of limitations.

- 2 -

**(3)** The motion is **DENIED** to the extent that defendant seeks dismissal of the remaining plaintiffs' claim against the City of Wilkes-Barre.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Court**

**DATE: September 23, 2021**
19-879-01-ORDER