UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H. DOE, D. DOE, C. DOE, H.A. DOE, R. DOE, and R.T. DOE, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:19-879 |
| v. | : | (JUDGE MANNION) |
| CITY OF WILKES-BARRE and ROBERT COLLINS, | : | |
| Defendants | : | |
| | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The motion to dismiss plaintiffs' third amended complaint filed on behalf of defendant Collins **(Doc. 77)** is **GRANTED IN PART AND DENIED IN PART**.

**(2)** The motion is **GRANTED** to the extent that Counts Three and Eight of the third amended complaint are **DISMISSED**.

**(3)** The motion is **GRANTED** to the extent that defendant Collins seeks to have D. Doe and R.T. Doe proceed as a named plaintiffs.

**(4)** The motion is **DENIED** in all other respects.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Court**

**DATE: September 23, 2021**
19-879-02-ORDER