UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

HOLLY ENGLISH, D. DOE, :
COURTNEY DAVIS, HOLLY ANN
BRILL, ROSEMARY BESEDA, and :
R.T. DOE,
                             :    CIVIL ACTION NO. 3:19-879

       **Plaintiffs**
                             :         (JUDGE MANNION)

   v.
                             :

CITY OF WILKES-BARRE and,
ROBERT COLLINS,         :

       **Defendants**     :

# ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The motion for the Court to enter judgment against Holly English, Courtney Davis, Holly Ann Brill, and Rosemary Beseda (**Doc. 101**), pursuant to Federal Rules of Civil Procedure Rule 54(b), is **GRANTED**.

2. The Clerk of Court is hereby directed to enter judgment against Holly English, Courtney Davis, Holly Ann Brill, and Rosemary Beseda.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  August 3, 2022**
19-879-03-ORDER