## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY ENGLISH, D. DOE, COURTNEY DAVIS, HOLLY ANN BRILL, ROSEMARY BESEDA, and R.T. DOE,<br>       Plaintiffs<br><br>v.<br><br>CITY OF WILKES-BARRE and, ROBERT COLLINS,<br>       Defendants | CIVIL ACTION NO. 3:19-879 |

## JUDGMENT

Pursuant to Order of Court, Judgment is hereby entered in favor of the Defendants, **CITY OF WILKES-BARRE** and **ROBERT COLLINS**, and against Plaintiffs, **HOLLY ENGLISH**, **COURTNEY DAVIS**, **HOLLY ANN BRILL** and **ROSEMARY BESEDA**.

Dated:  **August 3, 2022**

**Peter J. Welsh**
Clerk of Court
by s/ Ed Petroski
Deputy Clerk